In the Matter of the Claim of STEPHEN ECHOLS, Respondent, v. HOOKER ELECTROCHEMICAL COMPANY et al., Appellants, and SPECIAL FUND CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.